# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| **Jeremy Pratt,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 15-0071-CV-W-JTM |
| | ) |
| **Carolyn W. Colvin,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is plaintiff's *Application For Attorney's Fees Under The Equal Access to Justice Act,* filed September 2, 2016 [Doc. 20]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application For Attorney's Fees Under The Equal Access to Justice Act,* filed September 2, 2016 [Doc. 20] is **GRANTED**. Accordingly, plaintiff is awarded EAJA fees in the amount of $5,250.00.

                                                */s/ John T. Maughmer*
                                                    **John T. Maughmer**
                                              **United States Magistrate Judge**